MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: (907) 543-4700
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BIALY,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. _____ Civ ( _____ )<br><br>**COMPLAINT FOR DAMAGES** |

For her complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

PARTIES AND JURISDICTION

1.  This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a)(2) and 1346(b).

2.  On or about November 4, 2009, plaintiff submitted a timely administrative claim based on the facts alleged herein to the Department of Health and Human Services

- 1 -

and more than six months have passed since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At all times relevant to this action, plaintiff Pauline Bialy was a resident of the State of Alaska, domiciled in the city of Bethel.

4. At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Yukon-Kuskokwim Health Corporation (YKHC) was carrying out a compact agreement with the Indian Health Service, and is deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, § 314.

## COMMON FACTUAL ALLEGATIONS

5. On or about September 23, 2009, the floor of YKHC's Yukon-Kuskokwim Delta Regional Hospital (YKDRH) in Bethel, Alaska was wet. YKHC failed to maintain YKDRH's floor in a safe condition. As a result, Pauline Bialy slipped and fell.

6. As a result of the improper maintenance of YKDRH's floor, Pauline Bialy suffered injuries, pain and suffering, inconvenience, loss of wages, medical costs and loss of enjoyment of life.

7. The maintenance of the floor at YKDRH was under the care and control of the employees and agents of the Public Health Service, Department of Health and Human Services, an agency of the United States of America. At all relevant times

herein, said employees were acting within the scope of their employment.

8.  In the aforesaid maintenance of the floor of YKDRH, the defendant's employees were negligent.

## CLAIM FOR RELIEF: NEGLIGENCE

9.  Plaintiff incorporates all prior allegations herein.

10. The floor of YKDRH was under the care and control of YKHC. It had a duty to maintain the floor in a non-negligent manner.

11. Defendant's employees negligently failed to maintain the floor such that it was in a safe condition and left the floor in a dangerous and wet condition.

12. As a proximate result of the negligence of defendant's employees and agents, Pauline Bialy suffered both past and future damages, including pain and suffering, inconvenience, loss of wages, medical costs and loss of enjoyment of life.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff demands judgment for compensatory damages in excess of $100,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys fees.

RESPECTFULLY SUBMITTED this 6th day of May, 2010, at Bethel, Alaska.

s/ Sean Brown
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 0205012