KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov
AK# 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAULINE BIALY, | ) | Case No. 4:10-cv-00016-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS WITH** |
| | ) | **PREJUDICE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims

which were asserted or which could have been asserted by Plaintiff against the United

States in this action may be dismissed with prejudice, with each party to bear their own

costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED on August 1, 2011, in Anchorage, Alaska.

POWER AND BROWN, LLC

s/Sean Brown (consent)
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 888-887-1146
sbrown@powerbrown.com
AK# 0205012

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2011,
a copy of the foregoing **STIPULATION
TO DISMISS WITH PREJUDICE**
was served electronically on:

Sean Brown

s/ Gary M. Guarino

Bialy v. United States
Case No. 4:10-cv-00016-RRB                 2